# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ED BENNETT and** <br> **CHARLES WELDEN,** | ) <br> ) <br> ) <br> ) |
| **Plaintiffs,** | ) <br> ) |
| v. | ) Case No. _____ <br> ) |
| **WIDEORBIT INC.,** | ) <br> ) <br> ) <br> ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 &1446, the defendant, WideOrbit Inc. ("WideOrbit" or "Defendant"), submits this Notice of Removal of the above-styled action currently pending as Case No. 2016-902621 in the Circuit Court of Jefferson County, Alabama (the "State Court Action") to this Honorable Court. In support of this removal, the Defendant states as follows:

1. Plaintiffs are individual residents of the State of Alabama. Complaint, Ex. A, ¶ 2.

2. Defendant is a foreign corporation, Complaint, Ex. A, ¶3,

incorporated in Delaware, with its principal place of business located in San Francisco, California.

3. Plaintiffs filed the State Court Action on July 19, 2016. A copy of all papers filed in the State Court Action is attached hereto as Exhibit A and constitutes the only "process, pleadings and orders" in the State Court Action of which the Defendant is aware. See 28 U.S.C. §§ 1446(a).

4. On July 26, 2016, Defendant was served with the State Court Action via certified mail from the Jefferson County Circuit Court Clerk. *See* Exhibit A.

5. The State Court Action alleges that the Defendant terminated the Plaintiffs from their employment with the Defendant because of their age.

6. This Court has original jurisdiction over the State Court Action under federal diversity jurisdiction, 28 U.S.C. §§ 1332, which provides, in relevant part, that:

> [t]he district court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between –
> (1) citizens of different States.

28 U.S.C. §§132(a)(1).

7. Plaintiffs are completely diverse from Defendant because Plaintiffs are citizens of the State of Alabama, and Defendant is a citizen of the States of Delaware and California. Complaint, Ex A, ¶¶ 2-3.

8. The Complaint fails to specify an amount of damages but seeks

injunctive and monetary damages. *See Williams v. Best Buy Co.*, 269 F.3d 1316, 1319 (11th Cir. 2001) (finding that a complaint that does not specify an amount of damages constitutes unspecified damages). However, as set forth below, a preponderance of evidence exists to show that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. *See Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744 (11th Cir. 2010).

9.  The Complaint asserts claims for termination because of age discrimination and seeks damages for "lost wages, liquidated damages, all other lost employment benefits, front pay… [and] liquidated damages…" Complaint, Ex A, ¶ 17l. Mr. Bennett's annual salary at the time of his termination in March 2016 was $268,975, and Mr. Welden's salary at the time of his termination in March 2016 was $268,975; this equates to over $22,000 in salary per month per Plaintiff or over $100,000 for each Plaintiff for just the five months from March to August 2016, well beyond the requisite $75,000 minimum amount in controversy.

10. Defendant's removal of the State Court Action is timely. A defendant seeking removal of an action initiated in state court must file a notice of removal with the district court within thirty (30) days of service of the complaint upon the defendant. *See* 28 U.S.C. §§ 1446(b). As noted in paragraph 4 above, Defendant received Plaintiffs' Complaint by certified mail on July 26, 2016. Thus, Defendant's instant Notice of Removal was filed within thirty days of

service, making removal timely.  *See id*.

11.   A copy of Defendant's Notice of Removal is being filed with the Clerk of the Circuit Court of Jefferson County, Alabama and is being served on counsel of record for Plaintiffs.  *See* 28 U.S.C. §§ 1446(a) & (d).  The Circuit Court of Jefferson County, Alabama is located within this District.

**Dated: August 23, 2016**

Respectfully submitted,

*/s/ Joseph H. Calvin III*
Joseph H. Calvin III (ASB-7895-169J)
Attorney for the Defendant
4384 Kings Mountain Ridge
Birmingham, AL 35242
(205) 901-6900 (telephone)
(205) 449-2357 (direct fax)
Email:   jcalvin@jcalvinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to ALL COUNSEL OF RECORD**.**

*/s/ Joseph H. Calvin III*
COUNSEL OF RECORD